IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONNIE D. LISTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-07-732-M |
| ) | |
| JUSTIN JONES, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On June 19, 2009, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for a writ of habeas corpus be denied. Petitioner was advised of his right to object to the Report and Recommendation by July 9, 2009. On July 7, 2009, petitioner filed his objection, objecting to the Report and Recommendation in its entirety.

Having carefully reviewed the matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on June 19, 2009;

(2) DENIES the petition for a writ of habeas corpus, and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 10th day of July, 2009.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE